*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: March 10, 2016          521699
_____

In the Matter of CARMINE
    CORRIERI,
                        Petitioner,

        v
                                              MEMORANDUM AND JUDGMENT
ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____

Calendar Date:  January 19, 2016

Before:  Peters, P.J., Egan Jr., Devine and Clark, JJ.

_____

        Carmine Corrieri, Gowanda, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating certain prison disciplinary rules.  The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account.  Although petitioner seeks to be restored to the status he enjoyed prior to the disciplinary determination, he is not

entitled to that relief (see Matter of Marcial v Fischer, 96 AD3d 1245, 1246 [2012]).  He is, however, entitled to have restored the loss of good time incurred as a result of the disciplinary determination (see Matter of Moreno v Prack, 130 AD3d 1121, 1122 [2015]; Matter of Marcial v Fischer, 96 AD3d at 1246). Otherwise, as petitioner has received all of the relief to which he is entitled, the proceeding is dismissed as moot (see Matter of McCaskell v Department of Corr. & Community Supervision, 128 AD3d 1208, 1208-1209 [2015]).

Peters, P.J., Egan Jr., Devine and Clark, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court